UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-00775-ODW (AS) | Date | May 29, 2019 |
| Title | Shannon C. Walton v. Spruce Finance Inc. | | |

| Present: The Honorable | OTIS D WRIGHT II, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sheila English | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| NO APPEARANCE | NO APPEARANCE | |

Proceedings:

MINUTE ORDER (IN CHAMBERS)
ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than **May 31, 2019** why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

●**Plaintiff's request for entry of default** as to the <u>**defendant**</u>. In the event both documents are filed before the above date, the answer will take precedence.

●**Answer by the defendant(s)**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15,<u> no oral argument</u> on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

| | : | N/A |
|---|---|---|
| | Initials of Preparer | SE |