Joseph S. Davidson, *Pro Hac Vice* (Ill. Bar No. 6301581)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-581-8188
E-Mail: jdavidson@sulaimanlaw.com

Nicholas M. Wajda (Cal. Bar No. 259178)
**WAJDA LAW GROUP, APC**
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com

*Attorneys for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON C. WALTON,<br><br>         Plaintiff,<br><br>   v.<br><br>SPRUCE FINANCE INC.,<br><br>         Defendant. | Case No. 5:19-cv-00775-ODW-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, SHANNON C. WALTON, voluntarily dismisses without prejudice the above-entitled action against Defendant, SPRUCE FINANCE INC. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: June 19, 2019                               Respectfully submitted,

                                                                  **SHANNON C. WALTON**

                                                                  By: */s/ Joseph S. Davidson*

                                                                  Joseph S. Davidson

1

| | |
|---|---|
| 1 | |
| 2 | **SULAIMAN LAW GROUP, LTD.**<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>Telephone: 630-575-8181<br>Facsimile: 630-581-8188<br>E-mail: jdavidson@sulaimanlaw.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system.

                                                   */s/ Joseph S. Davidson*